IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00220-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFREY MONTEITH | ) | |
| | ) | |

**THIS MATTER** is before the Court sua sponte upon the appointment of a Criminal Justice Act (CJA) panel attorney. (CJA 20, May 14, 2024).

This District adopted a procedure for the implementation of United States Sentencing Guidelines Amendment 821. (Case No. 1:23-mc-20, Doc. No. 1: Order). In a qualifying case, it appoints the Federal Public Defender to represent a defendant previously represented by the Federal Public Defender. (Id. ¶2). If a qualifying defendant was previously represented a CJA panel attorney, the Federal Public Defender is directed to assign that attorney, if available, or a new panel attorney, if not. (Id. ¶3).

Here, the defendant was previously represented by a CJA panel attorney. (CJA 20, Sept. 14, 2022). However, counsel from the Federal Public Defender's Office entered an appearance and filed a motion seeking relief under the Amendment. (Doc. No. 27: Notice; Doc. No. 28: Motion). Another CJA panel attorney has now been assigned to represent the defendant. (CJA 20, May 14, 2024).

**IT IS, THEREFORE, ORDERED** that the motion filed by counsel from the Federal Public Defender's Office, (Doc. No. 28), is **STRICKEN** and counsel is **WITHDRAWN** from further representation.

Signed: May 30, 2024

Robert J. Conrad, Jr.
United States District Judge